**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MATCH.COM, L.L.C.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Cause No. 3:12-CV-04472-B |
| **ZOOBUH, INC.,** | § § | |
| Defendant. | § § § § | |

**PLAINTIFF'S SUPPLEMENTAL CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Match.com, L.L.C. hereby files this Supplemental Certificate of Interested Persons and Corporate Disclosure Statement, and respectfully states as follows:

1. Match.com, LLC is a wholly-owned subsidiary of Match.com, Inc., which is a wholly-owned subsidiary of IAC/Interactive Corp., a publicly traded company. No publicly traded company owns 10% or more of IAC's stock.

2. The following persons and entities have a financial interest in the outcome of the case: Match.com, LLC, Match.com, Inc., IAC/Interactive Corp., ZooBuh, Inc., and Allan Fullmer.

Respectfully submitted this 8th day of November, 2012.

                                              By:    */s/ Joseph R. Callister*
                                                        Bryan J. Wick
                                                        Texas State Bar No. 24003169
                                                        bryan.wick@wickphillips.com
                                                        Joseph R. Callister
                                                        Texas State Bar No. 24059054
                                                        joseph.callister@wickphillips.com

                                                        **WICK PHILLIPS GOULD MARTIN, LLP**
                                                        2100 Ross Avenue, Suite 950
                                                        Dallas, TX 75201
                                                        Phone: (214) 692-6200
                                                        Fax: (214) 692-6255

                                                        **ATTORNEYS FOR PLAINTIFF**