UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATCH.COM, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Cause No. 3:12-CV-04472-B |
| ZOOBUH, INC., | § § | |
| Defendant. | § § § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Match.com, L.L.C. ("Plaintiff") hereby dismisses with prejudice all claims and causes of action asserted against Defendant ZooBuh, Inc., who has not answered Plaintiff's complaint or otherwise appeared in this action.

Respectfully submitted this 20th day of December, 2012.

By:  _/s/ Joseph R. Callister_____
Bryan J. Wick
Texas State Bar No. 24003169
bryan.wick@wickphillips.com
Joseph R. Callister
Texas State Bar No. 24059054
joseph.callister@wickphillips.com

**WICK PHILLIPS GOULD MARTIN, LLP**
2100 Ross Avenue, Suite 950
Dallas, TX 75201
Phone: (214) 692-6200
Fax: (214) 692-6255

**ATTORNEYS FOR PLAINTIFF**