UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MATCH.COM, L.L.C., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-4472-B |
| | § | |
| ZOOBUH, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal (doc. 8). After reviewing the notice, the Court finds dismissal should be, and hereby is, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-captioned case and any and all claims asserted therein by Match.com, L.L.C. be, and hereby are, **DISMISSED with prejudice**, each party to bear its own costs, expenses and attorneys' fees.

SO ORDERED.

SIGNED: December 20, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE